IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,                                          PLAINTIFF,

v.                           CIVIL ACTION NO. 2:19-cv- 88-KS-MTP

RUGER, MODEL M77, 270 CALIBER
RIFLE, SN: 7962454; H&R 1871, MODEL
PARDNER PUMP, 12-GAUGE SHOTGUN,
SN: NZ627824; NORINCO, MODEL SKS,
7.62X39MM RIFLE, SN: 21044027; SMITH
AND WESSON, MODEL M&P 15-22,
22-CALIBER RIFLE, SN: HCN2270; H&R,
MODEL 999 SPORTSMAN, 22-CALIBER
REVOLVER, SN: AP152939; AND ELITE
ARMS, MODEL JD-15, 5.56-CALIBER
RIFLE, SN: EA 3963                                        DEFENDANT PROPERTY.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, brings this complaint for forfeiture *in rem* and, in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, alleges as follows.

### NATURE OF THE ACTION

1. This is a civil action *in rem* to forfeit to the United States six firearms (the "**Subject Firearms**"), all of which were involved in violations of federal laws:

    a. **Ruger, Model M77, 270-caliber rifle, SN: 7962454;**
    b. **H&R 1871, Model Pardner Pump, 12-gauge shotgun, SN: NZ627824;**
    c. **Norinco, Model SKS, 7.62x39mm rifle, SN: 21044027;**
    d. **Smith and Wesson, Model M&P 15-22, 22-caliber rifle, SN: HCN2270;**
    e. **H&R, Model 999 Sportsman, 22-caliber revolver, SN: AP152939; and**
    f. **Elite Arms, Model JD-15, 5.56-caliber rifle, SN: EA 3963.**

2. The **Subject Firearms** are subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) because the **Subject Firearms** were used to facilitate violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 28 U.S.C. § 1331 and 18 U.S.C. § 924.

4. This District is a proper venue, under 28 U.S.C. § 1355(b)(1)(A), because the acts giving rise to this *in rem* forfeiture action occurred in Seminary, Mississippi, a city in this District, and under 28 U.S.C. § 1395(b) because the **Subject Firearms** were found and seized in Seminary, Mississippi, a city in this District.

## THE DEFENDANTS *IN REM*

5. The **Subject Firearms** consist of the following:

   a. **Ruger, Model M77, 270-caliber rifle, SN: 7962454;**
   b. **H&R 1871, Model Pardner Pump, 12-gauge shotgun, SN: NZ627824;**
   c. **Norinco, Model SKS, 7.62x39mm rifle, SN: 21044027;**
   d. **Smith and Wesson, Model M&P 15-22, 22-caliber rifle, SN: HCN2270;**
   e. **H&R, Model 999 Sportsman, 22-caliber revolver, SN: AP152939; and**
   f. **Elite Arms, Model JD-15, 5.56-caliber rifle, SN: EA 3963.**

Special Agents with the Federal Bureau of Investigation (FBI) initially seized firearms **a, b, and c** on October 31, 2017, while executing a federal search warrant. Sheriff deputies from the Covington County, Mississippi Sheriff's Office seized firearms **d, e, and f** on April 15, 2018, during a search of a tan Chevrolet Silverado 2500, to which the driver consented, in Seminary, Mississippi, within the Southern District of Mississippi, Eastern Division. FBI agents thereafter took possession of firearms **d, e, and f** on April 16, 2018. The **Subject Firearms** are located in an FBI evidence vault in Jackson, Mississippi.

## BASIS FOR FORFEITURE

6. The **Subject Firearms** are subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 because the **Subject Firearms** were used to facilitate violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

7. Additionally, 18 U.S.C. § 924(d)(1) provides that all provisions of the Internal Revenue Code of 1986 relating to the seizure, forfeiture, and disposition of firearms, as defined by 26 U.S.C. § 5845(a), shall, so far as applicable, extend to seizures and forfeitures under 18 U.S.C. § 924.

## FACTS AND CIRCUMSTANCES

8. A detailed account of the facts and circumstances supporting the seizure and forfeiture of the **Subject Firearms** is set out in FBI Special Agent Grady K. Fisher's declaration, which is attached hereto as Exhibit "A" and incorporated herein by reference.

9. The **Subject Firearms** were in the possession of Louie Bernard Revette and involved in his violation 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## FIRST CLAIM FOR RELIEF
### (18 U.S.C. § 924 and 28 U.S.C. § 2461)

10. Paragraphs 1 through 9 above are incorporated by reference as if fully set forth herein.

11. The **Subject Firearms** are subject to seizure and forfeiture to the United States under 18 U.S.C. § 924(d)(1), which authorizes the forfeiture of "[a]ny firearm or ammunition involved in or used in . . . any violation of any other criminal law of the United States." 18 U.S.C. § 924(d)(1); *see also* 21 U.S.C. § 2461 (providing broader forfeiture authorization).

## PRAYER FOR RELIEF

Plaintiff United States requests that:

(a)   the Court find that the United States has demonstrated it has a reasonable belief that the **Subject Firearms** are forfeitable to the United States under 18 U.S.C. § 924 and 28 U.S.C. § 2461;

(b)   under Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Court issue a warrant of arrest *in rem* for the arrest and seizure of the **Subject Firearms** based on this verified complaint, which the United States will execute to bring the **Subject Firearms** within the jurisdiction of the Court for purposes of this statutory forfeiture action;

(c)   process issue to enforce the forfeiture of the **Subject Firearms**;

(d)   notice of this action be given to all under Supplemental Rule G(3)(b), which the United States will execute upon the **Subject Firearms** located in the custody of the FBI under 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c);

(e)   notice of this action be given to all persons and entities known or thought to have an interest in or right against the **Subject Firearms** to appear and show why the forfeiture should not be decreed;

(f)   the Court decree that forfeiture of the **Subject Firearms** to the United States is confirmed, enforced, and ordered;

(g)   the Court award the United States its costs and disbursements in this action; and

(h)   the Court order such other relief that it deems just and proper.

Dated: Wednesday, June 5, 2019        Respectfully submitted,

                                                     D. MICHAEL HURST, JR.
                                                     UNITED STATES ATTORNEY

By:     */s/ J. Wesley Webb*
          J. WESLEY WEBB (MSB #104495)
          ASSISTANT UNITED STATES ATTORNEY
          OFFICE OF THE UNITED STATES ATTORNEY
          SOUTHERN DISTRICT OF MISSISSIPPI
          501 East Court Street, Suite 4.430
          Telephone: 601.965.4480
          Facsimile: 601.965.4032
          E-mail: James.Webb2@usdoj.gov

## VERIFICATION

I, Grady K. Fisher, hereby verify and declare under penalty of perjury that I am a Special Agent with the Federal Bureau of Investigation (FBI), that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint for Forfeiture *in rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States of America, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as an FBI Special Agent.

Dated this the 30th day of May, 2019.

Grady K. Fisher
Special Agent
Federal Bureau of Investigations

%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

Civil No.: 2:19-cv-88-KS-MTP

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Ruger, Model M77, 270 Caliber Rifle, SN: 7962454, et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Covington County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Marc A. Perez, U.S. Attorney's Office
501 East Court Street, Suite 4.430, Jackson, MS 39201  (601) 965-4480

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | [X] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights / [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN  (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 924(d)(1) and 28 U.S.C. 2461(c)
Brief description of cause:
Civil forfeiture of 6 firearms seized from Louie Bernard Revette

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions:)   JUDGE _____   DOCKET NUMBER _____

DATE: 6/5/2019
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE Starrett   MAG. JUDGE Parker